# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GUILLMO (GUILLERMO) PEREZ** *Petitioner-pro se* | : CIVIL ACTION : : NO. 15-4177 |
| v. | : |
| **LAUREL HARRY,** *et al.* *Respondents* | : : |

## ORDER

**AND NOW**, this 5th day of May 2017, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion:

1. The Petitioner's objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The petition for writ of *habeas corpus* is **DENIED**; and

4. No probable cause exists to issue a certificate of appealability.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*